

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

DEC 2 - 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-554-LDG (GWF) |
| BRIAN SYNDER, SR., | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On August 24, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3), based upon the plea of guilty by defendant BRIAN SYNDER, SR. to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum, the Bill of Particulars, and the Amended Bill of Particulars and shown by the United States to have a requisite nexus to the offense to which defendant BRIAN SYNDER, SR. pled guilty. Docket #1, #5, #34, #33.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 26, 2011, through to September 24, 2011, notifying all known third parties of their right to petition the Court. #36.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

- a) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained;
- b) Sony digital camera, serial number 639532, with memory stick;
- c) Compaq Presario computer, serial number CNH54400TZ;
- d) a Welldone 512 MB flash driver card bearing no serial number;
- e) Sony Camcorder with 5 videotapes and power supply;
- f) Sandisk 2 gb flash drive, serial number BE0917214353G;
- g) Sandisk 4 gb flash drive, serial number BH0904NVPB;
- h) Sandisk 2 gb flash drive, serial number BE0806NKIB; and
- i) an e-machine computer, serial number CGM8410005278 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.

3 | DATED this __2__ day of __Dec__., 2011.

_____
UNITED STATES DISTRICT JUDGE